FILE COPY



# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

---

Friday, February 24, 2023

Mr. Douglas S. Lang
Thompson Coburn LLP
2100 Ross Avenue, Suite 3200
Dallas, TX 75201
* DELIVERED VIA E-MAIL *

Mr. Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, TX 78701
* DELIVERED VIA E-MAIL *

RE: Case Number:  21-0978 *~consolidated for oral argument with~*21-1039
Court of Appeals Number:  07-21-00005-CV & 05-20-00988-CV
Trial Court Number:  D-1-GN-20-003113 & DC-20-08104

Style: THE LILITH FUND FOR REPRODUCTIVE EQUITY
v.
MARK LEE DICKSON AND RIGHT TO LIFE EAST TEXAS
*~consolidated for oral argument with~*
MARK LEE DICKSON AND RIGHT TO LIFE EAST TEXAS
v.
THE AFIYA CENTER AND TEXAS EQUAL ACCESS FUND

Dear Counsel:

Today the Supreme Court of Texas issued opinions and judgment in the above-referenced cause.  You may obtain a copy of the opinions and judgment through Case Search on our Court's webpage at: http://www.txcourts.gov/supreme.aspx.  On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

FILE COPY



**THE SUPREME COURT OF TEXAS**
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

---

cc:    Mr. Thomas Brejcha (DELIVERED VIA E-MAIL)
Ms. Kristina West (DELIVERED VIA E-MAIL)
Mr. Rubin Morin (DELIVERED VIA E-MAIL)
Mr. John Atkins (DELIVERED VIA E-MAIL)
Ms. Elizabeth Gene Myers (DELIVERED VIA E-MAIL)
Ms. Beth E. Klusmann (DELIVERED VIA E-MAIL)
Mr. Charles W. Fillmore (DELIVERED VIA E-MAIL)
Mr. Martin Whittaker (DELIVERED VIA E-MAIL)
Mr. H. Dustin Fillmore III (DELIVERED VIA E-MAIL)
District Clerk Dallas County (DELIVERED VIA E-MAIL)
Ms. Emily Kebodeaux Cook (DELIVERED VIA E-MAIL)
Ms. Jennifer Ecklund (DELIVERED VIA E-MAIL)
Mr. Douglas Bryan Hughes (DELIVERED VIA E-MAIL)